GRANT
12/22/15

~Bert Richardson~
WITH PERMISSION

PD-1537&1538&1539&1540&1541-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/21/2015 4:50:14 PM
Accepted 12/22/2015 7:51:33 AM
ABEL ACOSTA
CLERK

No. PD-1537-15, PD-1538-15, PD-1539-15, PD-1540-15, PD-1541-15

TO THE COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

December 22, 2015

ABEL ACOSTA, CLERK

From the First Court of Appeals
Nos. 01-14-00516-CR, 01-14-00517-CR, 01-14-00518-CR,
01-14-00519-CR, 01-14-00520-CR

HUGO PACHAS-LUNA

vs.

STATE OF TEXAS

On Appeal from Cause Numbers
1370904, 1370905, 1370906, 1370907, 1370908
From the 230th District Court
Harris County, Texas

---

**Appellant's Final Motion To Extend Time
To File Petition For Discretionary Review
For Five Days, Accompanied by PDR**

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, HUGO PACHAS-LUNA, and files this his Final Motion to Extend Time to File Petition for Discretionary Review, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgment of guilt on October 15, 2015. Appellant's PDR was due on December 16, 2015. One previous extension was granted.

II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is timely filed within 15 days of the deadline for the PDR, and is filed contemporaneously with the PDR. Appellant requests this extension due to the fact

that counsel for Appellant has been engaged in work in the Harris County Public Defender's Office on many cases. The appellate division of our office has been operating with only six attorneys when we originally had ten, which has caused a dramatically increased caseload. Counsel has filed 25 briefs for appellants so far this year and is struggling to clear the courts' dockets. Counsel has most recently been working on the following:

- *Lenin Lopez*, 01-13-01079-CR, reversed and set for rehearing in cause #1403196
- *Ruben Totten*, PD-0483-15 (PDR granted)
- *Hugo Pachas-Lunas*, 01-14-00516-CR, etc.
- *Michael Davila*, 01-15-00560-CR
- *Stephen Hopper*, 14-15-00371-CR
- *Domingo Medina*, 01-15-00575-CR
- *Kori Henegar*, 14-15-00529-CR
- *Craig Beal*, 01-12-00896-CR
- *Joseph Smith*, 14-15-00625-CR
- *Emanuel Hayes*, 1408364
- *Andrew Jackson*, 01-15-00994-CR
- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

### III.

Appellant's attorney requests this brief extension which is necessary so that the petition can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's petition for discretionary review in the above cause and extend the time for filing for 5 days, to December 21, 2015 or the day on which the accompanied petition is deemed filed.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas


/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender ·
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

Attorney for Appellant

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Petition for Discretionary Review has been served on the District Attorney of Harris County, Texas, by electronic delivery through the efile system.

/s/Sarah V. Wood
Sarah V. Wood
Attorney for Appellant